UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JENNIFER SHAHADE,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA CHESS FEDERATION, *et al.*<br><br>　　　　　　　　Defendants. | Civil Action No. 24-7909 (MAS) (TJB)<br><br>**ORDER** |

　　This matter comes before the Court upon Defendant United States of America Chess Federation's ("Defendant" or "U.S. Chess") Motion to Dismiss Plaintiff Jennifer Shahade's ("Plaintiff") Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) (ECF No. 8), Plaintiff's Cross-Motion to Amend the Complaint (ECF No. 31), and Plaintiff's Motion for Leave to File a Sur-reply (ECF No. 34). Following Defendant's Motion to Dismiss, Plaintiff opposed (ECF No. 24), and Defendant replied (ECF No. 32). Plaintiff then filed a Motion for Leave to File a Sur-reply (ECF No. 34), and Defendant opposed (ECF No. 37). After careful consideration of the parties' submissions, the Court decides these motions without oral argument pursuant to Local Civil Rule 78.1(b). For the reasons outlined in the accompanying Memorandum Opinion,

　　**IT IS**, on this   7th   day of March 2025, **ORDERED** as follows:

1.　Plaintiff's Motion for Leave to File a Sur-reply (ECF No. 34) is **GRANTED**.

2.　Defendant's Motion to Dismiss (ECF No. 8) is **GRANTED**.

3.　Plaintiff's Cross-Motion to Amend its Complaint (ECF No. 31) is **DENIED**.

4.　Count Six of Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

5. Plaintiff may file a motion seeking leave to file an amended complaint to cure the pleading deficiencies discussed in the accompanying Memorandum Opinion within the timeframe set forth by the Honorable J. Tonianne J. Bongiovanni, U.S.M.J., in the upcoming scheduling order.

                                                           /s/ Michael A. Shipp
                                                           MICHAEL A. SHIPP
                                                           UNITED STATES DISTRICT JUDGE