DAVID A. KRENKEL, ESQ. (ID 001021995)
Krenkel & Krenkel, LLC
107 Main Street
Allenhurst, NJ  07711
Tel. 732-531-9300; Fax 732-531-9317
David.krenkel@krenkellaw.com

LINDA KENNEY BADEN, ESQ. (ID 014321978)
Law Office Of Linda Kenney Baden
15 West 53rd Street
New York, New York 10019
Tel. 732-219-7770
kenneybaden@mac.com

THE LAW FIRM OF TAMARA N. HOLDER, LLC
917 W. Washington Blvd., Ste. 222
Chicago, Illinois 60607
Tel. (312) 440-9000
Tamara N. Holder, Esq.
Attorney for Plaintiff, Jennifer
Shahade Admitted Pro Hac Vice

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JENNIFER SHAHADE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA CHESS FEDERATION an Illinois Corporation, a/k/a UNITED STATES CHESS FEDERATION, d/b/a US CHESS, RANDY BAUER, individually and in his capacity as Board President, PETER TAMBURRO, a New Jersey resident, individually, JOHN and JANE DOES 1-100, ABC COMPANIES 1-100, individually Persons or Entities Defendants or unnamed or Unknown including any such Civil Rico coconspirators, | Civil Action: 3:24-cv-07909-MAS-TJB<br><br><br>**ORDER TO SEAL THE RECORD AND PERMIT FILING OF REDACTED COPIES** |



| Defendants | |
|---|---|

THIS MATTER having come before the Court on a Joint Notice of Motion to Seal the Record and file Redacted Documents pursuant to L.R.Cv. P. 5.3(c), and the parties having agreed to same; and the Court having considered the moving papers:

THE COURT FINDS that the materials that the parties jointly herein seek to remain sealed contain confidential information that warrants the materials to remain sealed;

THE COURT FINDS that making these materials publicly available would cause serious and clearly defined injury;

THE COURT FINDS that no less restrictive alternative to sealing and/or redacting as indicated appears available; and

THE COURT CONCLUDES that, pursuant to Local Civil Rule 5.3(c) and for the reasons set forth in the parties' accompanying Joint Brief in Support of Motion to Seal (Docket Entry No. 28-1), good cause has been established for the relief sought herein;

It is on this **16th** day of **April** 2025, ORDERED that Plaintiff is hereby granted leave to file the unredacted Documents entitled Affidavit of Jennifer Shahade and Affidavit of AV#1 under seal and shall publicly file redacted copies of the same.

A copy of this order shall be served on all parties within seven (7) days of the date hereof.

                                                                  s/Tonianne J. Bongiovanni
                                                      Hon. Tonianne J. Bongiovanni, U.S.M.J.

**[Docket Entry No. 28 is terminated.]**