**TRENK ISABEL SIDDIQI & SHAHDANIAN P.C.**

290 West Mount Pleasant Avenue
Suite 2370
Livingston, NJ 07039

Court Plaza South, West Wing
21 Main Street, Suite 251
Hackensack, NJ 07601

P: 973.533.1000 | F: 973.533.1111 | tisslaw.com

**Asaad K. Siddiqi, Esq.**
asiddiqi@tisslaw.com
973.327.0241
Reply to Hackensack office

July 1, 2025

<u>**VIA ECF**</u>

Honorable Tonianne J. Bongiovanni, U.S.M.J.
U.S. District Court, District of New Jersey
U.S. Courthouse
402 E. State Street, Room 6052
Trenton, New Jersey 08608

    Re:   <u>**Shahade v. United States of America Chess Federation, et al.**</u>
            <u>**Civil Action No. 24-7909-MAS-TJB**</u>

Dear Judge Bongiovanni:

    This firm represents Defendant Peter Tamburro ("Defendant") in the above-referenced matter. As Your Honor is aware from the prior Case Management Conference, Defendant intends to file a Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim as to this Defendant. Pursuant to Local Civil Rule 7.2, Defendant respectfully requests leave to file a brief in support of his Motion to Dismiss that exceeds the standard 40-page limit. Specifically, Defendant seeks permission to file a brief in support of his Motion to Dismiss not to exceed 45 pages, exclusive of the table of contents and table of authorities.

    This request is made in good faith and due to the complexity of the legal and factual allegations raised in Plaintiff's 79-page Amended Complaint. An oversized brief in support of Defendant's Motion to Dismiss is necessary to fully address the allegations presented and assist the Court in its resolution of the motion.

    Thank you for Your Honor's time and courtesies in this matter.

                                         Very truly yours,

                                         */s/ Asaad Siddiqi*

                                         Asaad K. Siddiqi

AKS/rj
cc: All Counsel of Record (via ECF)