**TRENK ISABEL SIDDIQI**
**& SHAHDANIAN P.C.**
21 Main Street, Suite 251
Hackensack, New Jersey 07601
(973) 533-1000
Asaad K. Siddiqi, Esq.
asiddiqi@tisslaw.com
*Ryan C. Neumann, Esq.*
rneumann@tisslaw.com
*Attorneys for Defendant Peter Tamburro*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JENNIFER SHAHADE,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA CHESS FEDERATION an Illinois Corporation, a/k/a UNITED STATES CHESS FEDERATION, d/b/a US CHESS, ANDY BAUER, individually and in his capacity as Board President, PETER TAMBURRO, a New Jersey resident, individually, JOHN and JANE DOES 1-100, ABC COMPANIES 1-100, individually Persons or Entities Defendants or unnamed or unknown including any such Civil Rico co-conspirators,<br><br>      Defendants. | CIVIL ACTION NO.: 24-cv-07909-MAS-TJB<br><br>**NOTICE OF APPEARANCE** |

  **PLEASE TAKE NOTICE** that the undersigned Ryan C. Neumann, Esq., appears in the above-captioned action as counsel for Defendant Peter Tamburro. Request is hereby made that all notices given or required to be given in this case and all pleadings, motions and applications served or required to be served in this case be served upon the undersigned. Request is also hereby made that the undersigned be added as an attorney on record without removing Asaad K. Siddiqi, Esq.

                                                          Respectfully,

                                                          **TRENK ISABEL SIDDIQI & SHAHDANIAN P.C.**
                                                          *Attorneys for Defendant Peter Tamburro*

                                                          */s/ Ryan C. Neumann, Esq.*
Dated: July 28, 2025                              Ryan C. Neumann, Esq.