**JacksonLewis**

**Jackson Lewis P.C.**
200 Connell Drive, Suite 2000
Berkeley Heights NJ 07922
(908) 795-5200 Direct
(908) 464-2614 Fax
jacksonlewis.com
Jason C. Gavejian – Managing Principal

**JOSEPH C. DeBLASIO**
Direct Dial: 732-945-6021
Email: Joseph.DeBlasio@JacksonLewis.com

**MICHAEL A. TECZA**
Direct Dial: 732-945-6046
Email: Michael.Tecza@JacksonLewis.com

August 5, 2025

**VIA ECF**
Honorable Tonianne J. Bongiovanni, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

        Re: *Shahade v. United States of America Chess Federation, et al.*
           D.N.J. Civil Action No. 3:24-cv-07909-MAS-TJB

Dear Judge Bongiovanni:

  This firm represents US Chess and Randy Bauer in the above-referenced action, which involves employment-related issues. At the parties' request, Your Honor scheduled a confidential settlement conference for Wednesday, August 6, 2025, to assist the parties in exploring resolution of the claims asserted in that case. The conference is scheduled to begin at 11:30. The legal issues in this action are challenging and the factual background is complex. We expect that this conference will be lengthy.

  As the Court is aware, there is a separate action involving coverage issues ("the Coverage Action") between US Chess and its insurer, West Bend. The issues presented in the Coverage Action are separate and distinct from the issues presented in this action. Previously, the attorneys for Plaintiff, Jennifer Shahade, requested that US Chess stipulate to the consolidation of this action with the Coverage Action. US Chess did not consent to such a consolidation because the two cases involve different issues, claims, and facts. Additionally, it would place the insurer, West Bend, in the extremely awkward (and conflicting) position of being an adversary of US Chess, and its insurer with privity to attorney-client communications, all in the same action. For similar reasons, the representatives for West Bend in the Coverage Action and West Bend's coverage counsel should not participate in the August 6 settlement conference as West Bend is not a party in this action. Rather, West Bend will participate as an insurer of US Chess. The actual parties in this action did not invite the parties' representatives or counsel from the separate Coverage Action to

participate in this settlement conference and they certainly did not request this settlement conference so the Court could devote its time mediating coverage issues which have no bearing on the merits of the claims or defenses asserted.

Accordingly, US Chess objects to the participation in the settlement conference by any attorney from the Coverage Action. The assertion by counsel that "coverage issues are likely to arise when discussing the potential resolution of the Underlying Action" is untrue. The parties requested this conference in an effort to mediate the employment-related issues. If the parties are successful in negotiating a settlement, West Bend will have its own opportunity, as an insurer of US Chess, to either reach a resolution with US Chess about its contribution to such a settlement, or to continue to pursue a declaratory judgment. But it should not be permitted to commandeer the August 6 settlement conference in this action for its own benefit. Furthermore, the issues in the Coverage Action would only confuse, complicate and delay the mediation of the issues presented in this action.

For all of these reasons, US Chess requests that Court keep the settlement conference in the manner that it was intended – to discuss resolution of the claims asserted in the employment-related action.

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Michael A. Tecza*
Joseph C. DeBlasio
Michael A. Tecza

4926-4189-9354, v. 1